Commonwealth *v.* Johnson, Appellant.

Submitted March 17, 1971. *Anne Welsh* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Esther K. Sylvester* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jones, Appellant.

Submitted March 22, 1971. *Julius E. Fioravanti,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jones, Appellant.

Argued March 16, 1971. *M. Richard Kalter,* with him *Schnader, Harrison, Segal & Lewis,* for appellant; *Joseph D. Grano,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy Dis-